**Order issued June 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-12-00723-CR
NO. 01-12-00724-CR
NO. 01-12-00725-CR

————————————

**CHIKEVIA RENA ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1305295, 1305843, & 1305927**

---

**MEMORANDUM ORDER**

Appellant, Chikevia Rena Roberts, pleaded guilty to two counts of burglary of a habitation with intent to commit theft and one count of burglary of a building with intent to commit theft. The trial court found appellant guilty of all three offenses. Appellant appeals her convictions.

Appellant's retained counsel has filed a motion to withdraw pursuant to Texas Rule of Appellate Procedure 6.5 because counsel has reviewed the appellate record and concluded that the appeal lacks merit and is frivolous.

Only an appointed counsel in a criminal appeal is required to file an *Anders* brief if counsel determines that the appeal is without merit and is frivolous; retained counsel is not required to do so. *See Knotts v. State*, 31 S.W.3d 821, 822 (Tex. App.—Houston [1st Dist.] 2000, order); *Nguyen v. State*, 11 S.W.3d 376, 378 (Tex. App.—Houston [14th Dist.] 2000, no pet.). A retained attorney, upon determining that an appeal is frivolous, must so inform this Court and seek leave to withdraw by filing a motion complying with Rule 6.5. *See Knotts*, 31 S.W.3d at 822; *Nyuyen*, 11 S.W.3d at 378. Counsel's motion contains the information required by Rule 6.5. *See* TEX. R. APP. P. 6.5. Accordingly, we grant counsel's motion to withdraw. *See Nyuyen*, 11 S.W.3d at 379–80.

Appellant has the right (1) to retain other counsel, or (2) to move for an extension of time to file a pro se brief. *See Knotts*, 31 S.W.3d at 822. We notify appellant at her last known address, as provided in counsel's motion, that her brief

is due in this Court no later than 30 days from the date of this order. Unless appellant retains counsel who files a brief on or before that date, or unless by that date a motion for extension of time to file a pro se brief is filed in this Court and granted, this appeal will be set for submission and considered by the Court without briefs on the record alone.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).